**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - TUCSON**

**MAGISTRATE JUDGE'S MINUTES**

DATE: 12/04/2007 CASE NUMBER: 07-04029M-P-GEE

USA vs. John Rousseau

DEFENDANT: ☐ PRESENT ☒ NOT PRESENT ☒ RELEASED ☐ CUSTODY

U.S. MAGISTRATE JUDGE: MAGISTRATE JACQUELINE MARSHALL Judge #: 70BR

U.S. Attorney Angie Martinez (Not Present) INTERPRETER REQ'D

Attorney for Defendant Gary Ford Spector ☐ Appt ☒ Ret ☐ FPD ☐ Spec Appr

---

Off Record: This matter was deferred pursuant to the Order signed by Magistrate Judge Glenda Edmonds on April 13, 2007. Defense counsel has presented documentation to the Court for review of full compliance of said order . The Court finds that, based on defendant’s donation to the Brewster Center, there is good cause to dismiss this matter. The Court reiterates to the Order of April 13, 2007, this matter is closed.

Copies to:
USA, CNSL, US Parks, GEE

Not Recorded
BY: Allison Siquieros
Deputy Clerk